**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 534 MAL 2018

                 Respondent   :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
         v.                         :

                                 :

TONY EDWARDS,                :

                 Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.